(26 App. Div. 620.)

PRICE v. LEVY et al.

(Supreme Court, Appellate Division, First Department. March 11, 1898.)

APPEAL—EXCEPTIONS.
> The appellate court will not review a decision of the special term setting aside a judgment entered on confession, where no exception to such decision was filed or served.

Appeal from special term.

Proceeding by Moses Price against Jacob Levy and others, to set aside a judgment entered by confession, and all proceedings taken thereunder, upon the ground that the confession was made, judgment entered, and proceedings taken with intent to hinder, delay, and defraud creditors. From a judgment for plaintiff, defendants appeal. Affirmed.

Argued before VAN BRUNT, P. J., and McLAUGHLIN, PATTERSON, O'BRIEN, and INGRAHAM, JJ.

Max D. Steuer, for appellants.
William A. Goodhart, for respondent.

PER CURIAM. The appellants did not serve or file an exception to the decision of the special term upon which the judgment appealed from was entered, and they are therefore not in a position to challenge the conclusion reached by that court. Millar v. Larmer, 85 Hun, 313, 32 N. Y. Supp. 1146. Where a decision is made under section 1022 of the Code of Civil Procedure, an exception to the decision is necessary to present any question brought up for review. No exception having been taken to the decision, then there is nothing for the appellate court to review, and the judgment entered upon it must be affirmed. Smith v. Moulson, 88 Hun, 147, 34 N. Y. Supp. 607.

It follows that the judgment must be affirmed, with costs and disbursements.